```
                    UNITED STATES  DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA
```

EVANS L. BROWN                                         CIVIL ACTION

VERSUS                                                 NUMBER: 13-608

STATE OF LOUISIANA                                     SECTION: "I"(5)


## ORDER

The Court, having considered the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of plaintiff to file any objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that plaintiff's complaint, insofar as it can be construed as a request for habeas corpus relief, is dismissed without prejudice for failure to exhaust available state court remedies.

**IT IS FURTHER ORDERED** that plaintiff's §1983 claims are dismissed with prejudice under 28 U.S.C. §1915(e)(2)(B)(i).

New Orleans, Louisiana, this 30th day of April, 2013.

```
                    _____
                         LANCE M. AFRICK
                    UNITED STATES DISTRICT JUDGE
```